EL PUEBLO *v.* ARRIETA ET AL.

APELACIÓN procedente de la Corte de Distrito de Arecibo.

No. 8.—Resuelto en Mayo 16, 1904.

PLIEGO DE EXCEPCIONES—PRUEBAS.—No habiendo pliego de excepciones ni constando en la transcripción de autos el resultado de las pruebas practicadas en el juicio, falta base para discutir la apreciación que de las mismas hiciera la Corte inferior y hay que presumir que tal apreciación se ha hecho con arreglo á derecho y á los méritos de las pruebas aportadas al juicio.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Ramos (Juan R.)*

Abogado del Pueblo: *Sr. del Toro, (Fiscal.)*

EL JUEZ ASOCIADO SR. HERNÁNDEZ emitió la opinión del Tribunal.

El presente es un recurso de apelación interpuesto por Pedro Arrieta contra sentencia del Tribunal de Distrito de Arecibo que le condena, como culpable de delito contra el

Erario de Puerto Rico, á sufrir un mes de Carcel en la de San Juan, y al pago de multa de quinientos dollars, ó en su defecto á extinguir un día más de carcel por cada dos dollars que deje de satisfacer, con las costas también á su cargo.

Dicho Arrieta, Nemesio Aponte y Felipe Marrero fueron acusados por el Fiscal de Distrito de Arecibo en 16 de Diciembre del año próximo pasado por infracción del artículo 387 del Código Penal, que constituye delito contra el Erario de Puerto Rico, y la acusación está concebida en los siguientes términos:

"En Camuy, barrio de Cibao, el día 20 de Noviembre de 1903, una pareja de policía Insular, encontró en el camino á Felipe Marrero, conduciendo dos envases de veinte galones de ron sin factura ni borderó. Este ron procedía de la destilería de Don Pedro Arrieta, quien voluntariamente lo sacó de su destilería sin pagar el impuesto, y lo entregó á Felipe Marrero y Nemesio Aponte para que lo condugeran, ignorándose la persona á quién iba destinado el ron. La cuantía del fraude asciende á doce dollars. Este hecho es contrario á la ley para tal caso prevista y á la paz y dignidad del Pueblo de Puerto Rico."

Celebrose el juicio en dos de Febrero último, y excluido de la acusación, á petición Fiscal, Felipe Marrero, declararon como testigos del Pueblo de Puerto Rico además del Marrero, Mr. Seddon, Ramón Gonzalez, José Rivera y Juan R. Fernández, habiendo sido examinados como testigos del acusado Arrieta, Juan Román, José Nuñez y Pedro Arce, como también declaró en defensa propia el acusado Nemesio Aponte, sin que en el acta del juicio conste en detalle el resultado de las declaraciones prestadas.

El Tribunal de Arecibo, encontrando culpable á Pedro Arrieta del delito de que fué acusado, le condenó por sentencia del mismo día dos de Febrero á las penas que se dejan expresadas, y absolvió á Nemesio Aponte por falta de prueba, y á Felipe Marrero por haber sido excluido de la acusación.

Contra esa sentencia interpuso Arrieta, en quince de

Febrero citado, recurso de apelación que le fué admitido, no habiendo presentado pliego alguno de excepciones, ni alegado fundamento alguno en que apoyara dicho recurso, como tampoco lo alegó por escrito ante esta Corte Suprema, limitándose su abogado defensor en el acto de la vista á impugnar la apreciación de las pruebas hecha por el Tribunal sentenciador.

Como en el acto del juicio no se ha consignado el resultado de las pruebas practicadas, ni tampoco se ha presentado pliego de excepciones, falta base para discutir la apreciación que de las pruebas ha hecho el Tribunal sentenciador, y faltando esa base, es de presumirse que en dicha apreciación de pruebas procedió con arreglo á derecho y se ajustó á los méritos del juicio. Aceptando, pues, como probado el hecho objeto de la acusación, el Tribunal sentenciador ha dado la aplicación debida al Artículo 387 del Código Penal, y en su consecuencia, procede se confirme en todas sus partes la sentencia apelada que dictó la Corte de Distrito de Arecibo, en dos de Febrero último, con las costas del recurso á cargo del apelante.

*Confirmada.*

Jueces concurrentes, Sres. Presidente Quiñones y Asociados Figueras, Sulzbacher y MacLeary.